IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAAFU PANI,    (2)<br><br>    Defendant. | CR. NO. 22-00044 JAO-RT<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

### REPORT AND RECOMMENDANTION CONCERNING PLEA OF GUILTY

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant appeared before me, consented to plead guilty before a United States Magistrate Judge, and entered a plea of guilty to Counts 1 and 13 of the INDICTMENT.

After examining the Defendant under oath, I determined that:

- Defendant is fully competent and capable of entering an informed plea;

- Defendant understands the nature of the charges, the maximum punishments associated with each charge, and the constitutional rights associated with proceeding to a jury trial;

- The charges are supported by an independent basis in fact establishing each of the essential elements of each charge;

- Defendant's guilty pleas were knowing and voluntarily made;

- Defendant knowingly and voluntarily entered into a written plea agreement with the government; and

- Defendant waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement.

Therefore, I recommend that the District Judge accept the Defendant's pleas of guilty, a presentence report should be prepared by U.S. Probation and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawaii, October 31, 2023.

Rom A. Trader
United States Magistrate Judge

# **NOTICE**

**Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**

---

Cr. No. 22-00044 JAO-RT; *United State of America vs. Maafu Pani*; Report and Recommendation Concerning Plea of Guilty